UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK A. RUST<br><br>                Plaintiff,<br><br>v.<br><br>CHINO PRISON HEALTHCARE PROVIDERS,<br><br>                Respondent. | Case No. ED CV-17-00556-JAK (KES)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Motion to Remand (Dkt. 8), the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge (Dkt. 20). Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made (Dkt. 21).

IT IS HEREBY ORDERED that the Court accepts the findings and recommendations of the Magistrate Judge and that Plaintiff's Motion to Remand (Dkt. 8) is DENIED.

DATED: July 7, 2017

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE