# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 5:17-cv-00556-JAK-KES                               Date:  June 25, 2018

Title: FRANK RUST v. CHINO PRISON HEALTHCARE PROVIDERS, et al.

---

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):**   Order DENYING Motion for Default Judgment (Dkt. 60)

On April 9, 2018, the Court issued a Report and Recommendation ("R&R") recommending that the district judge grant in part and deny in part Defendant's motion for summary judgment asserting lack of exhaustion under the Prison Litigation Reform Act.  (Dkt. 57.)

On April 30, 2018, the Court granted Defendants' request for an extension of time to object to the R&R, setting the deadline for June 8, 2018.  (Dkt. 59.)  Defendants did not file any objections before the deadline expired.  On June 22, 2018, Plaintiff filed a motion for default judgment against based on Defendants' failure to object to the R&R.  (Dkt. 60.)

IT IS HEREBY ORDERED that Plaintiff's motion (Dkt. 60) is DENIED.  A default judgment may be an appropriate remedy when a defendant who has been served fails to file an answer or otherwise respond to the complaint without cause.  It is not, however, a remedy against a party who fails to object to an R&R, because no one is required to file objections to an R&R.

The R&R is currently under consideration by the assigned district judge.  After his decision, this Court will enter further orders, as appropriate, setting case management deadlines.

Initials of Deputy Clerk JD